```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SANDY C. AMADOR RUBIO,

                                  Plaintiff,

            -against-

CARLOS MANUEL VARELA DA COSTA and
BEATRIZ ONTANON NASARRE,

                               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 4487 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for October 21, 2020 at 9:30 am is canceled.

Dated: New York, New York
        October 8, 2020

                                                   SO ORDERED.

                                                   *George B. Daniels*

                                                   GEORGE B. DANIELS
                                                   United States District Judge