
Rapaport Law Firm, PLLC | Attorneys at Law | One Penn Plaza | Suite 2430 | New York, NY 10119 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

December 4, 2020

**SO ORDERED**

The status conference is adjourned from December 9, 2020 to February 24, 2021 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

DEC 09 2020

Re: **Amador Rubio v. Varela Da Costa and Ontanon Nasarre**
Case No. 20-cv-4487 (GBD)

Dear Judge Daniels:

Further to my telephone conversation yesterday with Your Honor's Chambers, the parties jointly request that the status conference currently scheduled in this case for December 9, 2020 be adjourned.

The parties are currently in the very early stages of written discovery, and we have not had any discovery disputes.

We appreciate the Court's attention to this request.

Respectfully yours,

/s/

Marc A. Rapaport

cc: All Counsel of Record (*Via ECF only*)