**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SANDY C. AMADOR RUBIO,

                Plaintiff,

-against-

CARLOS MANUEL VARELA DA COSTA and
BEATRIZ ONTANON NASARRE,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 22 2021

ORDER

20 Civ. 4487 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for February 24, 2021 is adjourned to April 7, 2021 at 9:45 a.m.

Dated: New York, New York
       February 22, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge