**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY C. AMADOR RUBIO,

                                  Plaintiff,

            -against-

CARLOS MANUEL VARELA DA COSTA and
BEATRIZ ONTANON NASARRE,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 4487 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 7, 2021 conference is canceled.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge