# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

May 28, 2021

**SO ORDERED**

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The final pretrial conference is adjourned from
June 2, 2021 to August 4, 2021 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUN 0 1 2021

Re: *Amador Rubio v. Varela da Costa, et al.*
    20-cv-4487 (GBD) (RWL)

Dear Judge Daniels:

We represent Defendants in the above-captioned matter. Jointly with Plaintiff, we submit this letter to inform the Court that the parties have not yet completed discovery in this matter and therefore request an adjournment of the final pretrial conference scheduled for June 2, 2021. The parties request that the pretrial conference be scheduled for a date in August that is convenient to the Court.

We thank the Court for its attention to this matter and remain available to submit additional information if needed.

Respectfully submitted,

Laura Rodriguez

cc: All Counsel of Record (via ECF)