# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

June 18, 2021

VIA ECF

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUN 21 2021

Re: *Amador Rubio v. Varela da Costa, et al.*
20-cv-4487 (GBD) (RWL)

Dear Judge Daniels:

We represent Defendants in the above-captioned matter. Jointly with Plaintiff, we submit this letter to request that this case be referred to mediation via the SDNY Mediation Program. We also request a stay of discovery until after the completion of the mediation.

We thank the Court for its attention to this matter and remain available to submit additional information if needed.

Respectfully submitted,

Laura Rodriguez

cc: All Counsel of Record (via ECF)