UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SANDY C. AMADOR RUBIO,

                Plaintiff,

-against-                            ORDER

CARLOS MANUELA VARELA DA COSTA     20 Civ. 4487 (GBD)
and BEATRIZ ONTANON NASARRE,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    In light of this case's referral to mediation, the August 4, 2021 initial conference is adjourned to November 3, 2021 at 9:30 a.m.

    All conferences and deadlines previously scheduled are adjourned *sine die*.

Dated: JUL 29 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE