Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

NOV 0 2 2021

November 1, 2021

**SO ORDERED**

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

NOV 0 2 2021

The conference scheduled for November 3, 2021 is adjourned to January 5, 2022 at 9:45 a.m.

/s/ George B. Daniels

GEORGE B. DANIELS

Re: **Amador Rubio v. Varela Da Costa and Ontanon Nasarre**
**Case No. 20-cv-4487 (GBD)**

Dear Judge Daniels:

We represent plaintiff, Sandy C. Amador Rubio, in the above-referenced matter, which is scheduled for a conference on November 3, 2021. On behalf of all parties, we write to inform the Court that the parties believe there are no issues to be addressed at a conference. The parties continue to discuss settlement. The parties jointly request that the conference be adjourned *sine die* and/or to a date convenient to the Court.

We appreciate the Court's attention to this request.

Respectfully yours,

/s/

Marc A. Rapaport

cc: All Counsel of Record (*Via ECF only*)