UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDY C. AMADOR RUBIO,

                                Plaintiff,

Civil Action No. 20-CV-4487(GBD)

CARLOS MANUEL VARELA DA COSTA and
BEATRIZ ONTANON NASARRE,

~~[PROPOSED]~~
**JUDGEMENT**

                                Defendants.

-------------------------------------------------------------X

**WHEREAS** on November 23, 2021, Defendants CARLOS MANUEL VARELA DA COSTA and BEATRIZ ONTANON NASARRE ("Defendants") offered Plaintiff SANDY C. AMADOR RUBIO ("Plaintiff") to take a judgment against them in this action pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") in the amount of Forty-Four Thousand Dollars ($44,000.00), inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action;

**WHEREAS**, on December 7, 2021, Plaintiff filed her Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Fed. R. Civ. P. in favor of Plaintiff, as against Defendants, jointly and severally, for Forty-Four Thousand Dollars ($44,000.00), inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action.

SO ORDERED, on the _13_ day of _December_, 2021, New York, New York:

DEC 13 2021

_George B. Daniels_
The Honorable George B. Daniels